IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CITY OF CANTON, Mayor William Truly, Jr.,
Alderwoman Alice Scott, Aldermen, Rodriquez
Brown, Billy Myers, Charles Weems, Louis Smith,
Reuben Myers and Eric Gilkey** **PLAINTIFFS**

**v.** **CIVIL ACTION NO. 3:11-CV-00318 CWR-LRA**

**NISSAN NORTH AMERICA, INC.** **DEFENDANT**

**and**

**JIM HOOD, ATTORNEY GENERAL FOR
THE STATE OF MISSISSIPPI, *EX REL*.
THE STATE OF MISSISSIPPI** **INTERVENOR**

### PLAINTIFFS' RESPONSE TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS

Plaintiffs, City of Canton, et al, respond to Intervenor Jim Hood, Attorney General for the State of Mississippi, ex rel. The State of Mississippi ("Attorney General"), as follows:

1. Plaintiffs served discovery requests, including interrogatories and requests for production of documents, on the Attorney General on September 28, 2011.

2. The Attorney General's responses to the discovery are currently due on or before October 31, 2011.

3. The Attorney General seeks an extension of time of an additional thirty days in which to respond to the discovery requests.

4. Plaintiffs do not oppose extending the Attorney General an additional thirty days in which to respond to the discovery requests.

THIS the 28th day of October, 2011.

        Respectfully submitted,

        **CITY OF CANTON, ET AL,** PLAINTIFFS

      By: /s/ Janessa E. Blackmon, Esq.
        JANESSA E. BLACKMON, ESQ., MSB 101544

OF COUNSEL:

Edward Blackmon, Jr., MSB #3354
Barbara Martin Blackmon, MSB #3346
BLACKMON & BLACKMON, PLLC
Attorneys At Law
907 West Peace Street
P. O. Drawer 105
Canton, MS  39046
Telephone: (601) 859-1567
Facsimile: (601) 859-2311

## CERTIFICATE OF SERVICE

I, Edward Blackmon, Jr., do hereby certify that on this day mailed, by United States Mail, a postage prepaid, true and correct copy of the foregoing *Plaintiffs' Response to Motion for Extension of Time to Respond to Plaintiffs' Discovery Requests* to the following:

H. Mitchell Cowan, Esq.
WATKINS LUDLAM WINTER & STENNIS, P.A.
190 East Capitol Street
Post Office Box 427
Jackson, MS 39205-0427

Harold E. Pizzetta, III, Esq.
Justin L. Matheny, Esq.
Office of the Attorney General
Post Office Box 220
Jackson, MS 39205

And I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

Samuel Jones, Esq.
NISSAN NORTH AMERICA, INC.
152 Hartfield Drive
Madison, MS 39110

This the 28th day of October, 2011.

      /s/ Janessa E. Blackmon, Esq.
      JANESSA E. BLACKMON, MSB #101544