## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

CITY OF CANTON, Mayor William Truly, Jr.,
Alderwoman Alice Scott, Aldermen Rodriguez Brown,
Billy Myers, Charles Weems, Louis Smith,
Reuben Myers and Erick Gilkey                                                    **PLAINTIFFS**

VS.                                           CIVIL ACTION NO.: 3:11cv00318-CWR-LRA

NISSAN NORTH AMERICA, INC.                                                       **DEFENDANT**

And

JIM HOOD, ATTORNEY GENERAL FOR THE
STATE OF MISSISSIPPI, *EX REL.* THE STATE OF MISSISSIPPI          **INTERVENOR**

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that the Defendant, Nissan North America, Inc., by and through counsel, has this day served the following discovery responses upon counsel for the Plaintiffs, according to Federal Rules of Civil Procedure:

First Set of Request for Production by Nissan North America, Inc. to Plaintiffs.

The undersigned retains the original of the document.

THIS the 19th day of January, 2012.

Respectfully submitted,

NISSAN NORTH AMERICA, INC.

By Its Attorneys,
JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.


By: */s/ H. Mitchell Cowan*
    H. MITCHELL COWAN
    mcowan@joneswalker.com


Samuel Jones (MSB #102600)
Senior Counsel
NISSAN NORTH AMERICA, INC.
One Nissan Way
P.O. Box 685001
Franklin, TN 37068-5001
Phone: (615) 725-0752
Facsimile: (615) 967-3849

H. Mitchell Cowan (MSB #7734)
Kaytie M. Pickett (MSB #103202)
JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.
190 East Capitol Street, Suite 800 (39201)
P.O. Box 427
Jackson, MS 39205-0427
Phone: (601) 949-4900
Facsimile: (601) 949-4804

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a true and correct copy of the foregoing using the Court's ECF system which sent electronic notification to the following:

>Barbara Martin Blackmon
>Edward Blackmon, Jr.
>Janessa E. Blackmon
>Blackmon & Blackmon, PLLC
>907 West Peace St.
>P.O. Drawer 105
>Canton, MS  39046

>Harold E. Pizzetta, III
>Justin L. Matheny
>Office of the Attorney General
>P.O. Box 220
>Jackson, MS 39205

THIS the 19th day of January, 2012.

>/s/ H. Mitchell Cowan
>H. MITCHELL COWAN
>mcowan@joneswalker.com